IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH D. OWENS                                                                    PLAINTIFF

v.                                    No. 5:13-cv-295-DPM-HDY

CAROLYN W. COLVIN, Acting
Comissioner, Social Security
Administration                                                                      DEFENDANT

ORDER

The Court adopts Judge Young's unopposed recommendation, № 18. FED. R. CIV. P. 72(b)(1983 addition to Advisory Committee Notes). Owens has some serious health issues. But substantial evidence supports the ALJ's determination that Owens has repeatedly failed to stick to his treatment plans. *Burnside v. Apfel*, 223 F.3d 840, 844 (8th Cir. 2000). Nor did the ALJ err in assigning little weight to Dr. Qadir's or Dr. Ball's opinions, which were conclusory and unsupported by the record. For these reasons, the Commissioner's denial of benefits stands.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 July 2014