IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH D. OWENS                                                          PLAINTIFF

v.                                     No. 5:13-cv-295-DPM

CAROLYN W. COLVIN, Acting
Comissioner, Social Security
Administration                                                            DEFENDANT

JUDGMENT

Owens's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2014